UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:25-CV-00009-CRS-CHL

DARRELL C.                                                                                               PLAINTIFF

v.

COMMISSIONER OF SOCIAL SECURITY                                DEFENDANT

**ORDER**

The Magistrate Judge has filed his Report and Recommendation (DN 11); no objections thereto have been filed and the time for filing objections has expired. Therefore, the Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendation (DN 11) are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY** and incorporated by reference herein. A separate judgment will be entered this date affirming the denial of disability insurance and supplemental security income benefits to the plaintiff, Darrell C.

    **IT IS SO ORDERED**.

January 29, 2026

Charles R. Simpson III, Senior Judge
United States District Court